**Order issued October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00401-CR
_____

### ANTHONY MICHAEL VIGIL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices FitzGerald, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the June 30, 2014 motion of Rick Dunn for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Rick Dunn as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Anthony Michael Vigil, TDCJ No. 1913447, Hutchins State Jail, 1500 East Langdon Road, Dallas, Texas, 75241.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE